Jump to Docket Table

# U.S. District Court
## Eastern District of TEXAS [LIVE] (Marshall)
## CIVIL DOCKET FOR CASE #: 2:25−cv−00583−JRG−RSP

| | |
|---|---|
| ElectraLED, Inc. v. Astera LED Technology GmbH et al | Date Filed: 05/23/2025 |
| Assigned to: District Judge Rodney Gilstrap | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Roy S. Payne | Nature of Suit: 830 Patent |
| Cause: 35:271 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**ElectraLED, Inc.**                                represented by   **Randall T Garteiser**
Garteiser Honea PLLC
119 W. Ferguson St.
Tyler, TX 75702
903−705−7420
Fax: 903−405−3999
Email: rgarteiser@ghiplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher A Honea**
Garteiser Honea PLLC
119 W Ferguson St
Tyler, TX 75702
903−705−7420
Fax: 903−405−3999
Email: chonea@ghiplaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Astera LED Technology GmbH**                     represented by   **Joseph J Raffetto**
Hogan Lovells US LLP − Washington
555 Thirteenth St, NW
Columbia Square
Washington, DC 20004
202−637−5600
Fax: 202−637−5910
Email: joseph.raffetto@hoganlovells.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott A. Hughes**
Hogan Lovells US LLP − Washington DC
Columbia Square
555 13th Street, NW
Washington, DC 20004
202−637−3659

Fax: 202−637−5910
Email: scott.hughes@hoganlovells.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shaun William Hassett**
Potter Minton
TX
102 North College
Suite 900
Tyler, TX 75702
903−525−2272
Email: shaunhassett@potterminton.com
*ATTORNEY TO BE NOTICED*

**Yi Zhang**
Hogan Lovells US LLP
555 Thirteenth St, NW
Washington, DC 20004
202−637−5600
Email: yi.zhang@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Defendant**

Astera Manufacturing Limited      represented by    **Joseph J Raffetto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott A. Hughes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shaun William Hassett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yi Zhang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Astera Distribution Limited      represented by    **Joseph J Raffetto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott A. Hughes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shaun William Hassett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yi Zhang**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

| | | |
|---|---|---|
| **Chauvet & Sons, LLC** | represented by | **Joseph J Raffetto** |
| *Deconsolidated from 2:25cv584* | | (See above for address) |
| *TERMINATED: 11/21/2025* | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Michael E Jones**
Potter Minton
102 North College
Suite 900
Tyler, TX 75702
903−525−2239
Email: mikejones@potterminton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shaun William Hassett**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/23/2025 | Ï 1 | COMPLAINT against All Defendants ( Filing fee $ 405 receipt number ATXEDC−10860463.), filed by ElectraLED, Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A − Claim Chart)(Honea, Christopher) (Entered: 05/23/2025) |
| 05/23/2025 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 emailed to the Director of the U.S. Patent and Trademark Office. (Honea, Christopher) (Entered: 05/23/2025) |
| 05/23/2025 | Ï | District Judge Rodney Gilstrap and Magistrate Judge Roy S. Payne added. (mdj) (Entered: 05/23/2025) |
| 06/10/2025 | Ï 3 | WAIVER OF SERVICE Returned Executed by ElectraLED, Inc.. Astera Distribution Limited waiver sent on 6/5/2025, answer due 9/3/2025; Astera LED Technology GmbH waiver sent on 6/5/2025, answer due 9/3/2025; Astera Manufacturing Limited waiver sent on 6/5/2025, answer due 9/3/2025. (Attachments: # 1 Waiver, # 2 Waiver)(Honea, Christopher) (Entered: 06/10/2025) |
| 08/14/2025 | Ï 4 | CONSOLIDATION ORDER− The above−captioned cases are hereby ORDERED to be CONSOLIDATED for all pretrial issues with the LEAD CASE, Case No. 2:25−cv−00583. All parties are instructed to file any future filings in the LEAD CASE. Signed by District Judge Rodney Gilstrap on 08/13/2025. (mdj) (Entered: 08/14/2025) |
| 08/15/2025 | Ï 5 | ORDER, ( Scheduling/Case Management Conference set for 9/30/2025 at 09:30 AM before District Judge Rodney Gilstrap.). Signed by Magistrate Judge Roy S. Payne on 08/14/2025. (mdj) |

| | | |
|---|---|---|
| | | (Entered: 08/15/2025) |
| 08/18/2025 | Ï 6 | NOTICE of Attorney Appearance by Shaun William Hassett on behalf of Chauvet & Sons, LLC (Hassett, Shaun) (Entered: 08/18/2025) |
| 08/22/2025 | Ï 7 | NOTICE of Attorney Appearance by Joseph J Raffetto on behalf of Astera Distribution Limited, Astera LED Technology GmbH, Astera Manufacturing Limited (Raffetto, Joseph) (Entered: 08/22/2025) |
| 08/22/2025 | Ï 8 | NOTICE of Attorney Appearance by Yi Zhang on behalf of Astera Distribution Limited, Astera LED Technology GmbH, Astera Manufacturing Limited (Zhang, Yi) (Entered: 08/22/2025) |
| 08/22/2025 | Ï 9 | NOTICE of Attorney Appearance – Pro Hac Vice by Scott A. Hughes on behalf of Astera Distribution Limited, Astera LED Technology GmbH, Astera Manufacturing Limited. Filing fee $ 100, receipt number ATXEDC–11046186. (Hughes, Scott) (Entered: 08/22/2025) |
| 08/28/2025 | Ï 10 | NOTICE *of Defendant Chauvet & Sons, LLC's Reply in Support of its Motion to Stay Litigation Pending Resolution of Identical Venue Issues Pending, and Ripe Before this Court in Electraled, Inc. v. Chauvet & Sons, Case No. 2:24–cv–00511–JRG–RSP* by Chauvet & Sons, LLC (Attachments: # 1 Affidavit/Declaration Yi Zhang Declaration, # 2 Exhibit 1)(Raffetto, Joseph) (Entered: 08/28/2025) |
| 09/03/2025 | Ï 11 | MOTION to Dismiss for Lack of Jurisdiction *under 12(b)(2) and for Failure to State a Claim under Rule 12(b)(6)* by Astera LED Technology GmbH. (Attachments: # 1 Exhibit 1, # 2 Proposed Order)(Raffetto, Joseph) (Entered: 09/03/2025) |
| 09/03/2025 | Ï 12 | MOTION to Dismiss *for Failure to State a Claim Under Rule 12(b)(6)* by Astera Distribution Limited, Astera Manufacturing Limited. (Attachments: # 1 Proposed Order)(Raffetto, Joseph) (Entered: 09/03/2025) |
| 09/03/2025 | Ï 13 | UNOPPOSED MOTION to Seal *Motion to Transfer Pursuant to 28 U.S.C. § 1404(a)* by Astera Distribution Limited, Astera LED Technology GmbH, Astera Manufacturing Limited. (Attachments: # 1 Proposed Order)(Raffetto, Joseph) (Entered: 09/03/2025) |
| 09/03/2025 | Ï 14 | SEALED MOTION *to Transfer Pursuant to 28 U.S.C. § 1404(a)* by Astera Distribution Limited, Astera LED Technology GmbH, Astera Manufacturing Limited. (Attachments: # 1 Affidavit/Declaration of Yi Zhang, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20 – Filed Under Seal, # 22 Exhibit 21 – Filed Under Seal, # 23 Exhibit 22 – Filed Under Seal, # 24 Exhibit 23 – Filed Under Seal, # 25 Exhibit 24, # 26 Exhibit 25 – Filed Under Seal, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Proposed Order)(Raffetto, Joseph) (Entered: 09/03/2025) |
| 09/03/2025 | Ï 15 | OPPOSED MOTION to Stay *This Litigation Pending Resolution of Identical Venue Issues Pending and Ripe Before This Court in ElectraLED, Inc. v. Astera LED Technology GmbH et al., Case No. 2:24–Cv–00512–JRG–RSP* by Astera Distribution Limited, Astera LED Technology GmbH, Astera Manufacturing Limited. (Attachments: # 1 Proposed Order)(Raffetto, Joseph) (Entered: 09/03/2025) |
| 09/05/2025 | Ï 16 | ORDER re 13 UNOPPOSED MOTION to Seal *Motion to Transfer Pursuant to 28 U.S.C. § 1404(a)* filed by Astera Distribution Limited, Astera Manufacturing Limited, Astera LED Technology GmbH. Signed by Magistrate Judge Roy S. Payne on 09/04/2025. (mdj) (Entered: 09/05/2025) |
| 09/09/2025 | Ï 17 | NOTICE *of Defendant Chauvet & Sons, LLC's Reply in Support of its Motion to Dismiss or Transfer for Improper Venue Under Rule 12(b)(3) and to Dismiss for Failure to State a Claim* |

| | | |
|---|---|---|
| | | *under Rule 12(b)(6)* by Chauvet & Sons, LLC (Raffetto, Joseph) (Entered: 09/09/2025) |
| 09/17/2025 | 18 | RESPONSE in Opposition re 14 SEALED MOTION *to Transfer Pursuant to 28 U.S.C. § 1404(a) filed by ElectraLED, Inc..* (Attachments: # 1 Proposed Order)(Honea, Christopher) (Entered: 09/17/2025) |
| 09/17/2025 | 19 | RESPONSE in Opposition re 11 MOTION to Dismiss for Lack of Jurisdiction *under 12(b)(2) and for Failure to State a Claim under Rule 12(b)(6) filed by ElectraLED, Inc..* (Attachments: # 1 Proposed Order)(Honea, Christopher) (Entered: 09/17/2025) |
| 09/17/2025 | 20 | RESPONSE in Opposition re 12 MOTION to Dismiss *for Failure to State a Claim Under Rule 12(b)(6) filed by ElectraLED, Inc..* (Attachments: # 1 Proposed Order)(Honea, Christopher) (Entered: 09/17/2025) |
| 09/17/2025 | 21 | RESPONSE in Opposition re 15 OPPOSED MOTION to Stay *This Litigation Pending Resolution of Identical Venue Issues Pending and Ripe Before This Court in ElectraLED, Inc. v. Astera LED Technology GmbH et al., Case No. 2:24−Cv−00512−JRG−RSP filed by ElectraLED, Inc..* (Attachments: # 1 Proposed Order)(Honea, Christopher) (Entered: 09/17/2025) |
| 09/24/2025 | 22 | RESPONSE in Support re 12 MOTION to Dismiss *for Failure to State a Claim Under Rule 12(b)(6) filed by Astera Distribution Limited, Astera Manufacturing Limited.* (Raffetto, Joseph) (Entered: 09/24/2025) |
| 09/24/2025 | 23 | RESPONSE in Support re 11 MOTION to Dismiss for Lack of Jurisdiction *under 12(b)(2) and for Failure to State a Claim under Rule 12(b)(6) filed by Astera LED Technology GmbH.* (Raffetto, Joseph) (Entered: 09/24/2025) |
| 09/24/2025 | 24 | RESPONSE in Support re 15 OPPOSED MOTION to Stay *This Litigation Pending Resolution of Identical Venue Issues Pending and Ripe Before This Court in ElectraLED, Inc. v. Astera LED Technology GmbH et al., Case No. 2:24−Cv−00512−JRG−RSP filed by Astera Distribution Limited, Astera LED Technology GmbH, Astera Manufacturing Limited.* (Raffetto, Joseph) (Entered: 09/24/2025) |
| 09/24/2025 | 25 | RESPONSE in Support re 14 SEALED MOTION *to Transfer Pursuant to 28 U.S.C. § 1404(a) filed by Astera Distribution Limited, Astera LED Technology GmbH, Astera Manufacturing Limited.* (Raffetto, Joseph) (Entered: 09/24/2025) |
| 09/30/2025 | 26 | Minute Entry for proceedings held before District Judge Rodney Gilstrap (Lead 2:25−cv−583 and Member 2:25−cv−584): Scheduling Conference/Case Management Conference held on 9/30/2025 from 09:32 AM − 10:28 AM. Counsel for the parties appeared. Court: (1) asked whether the parties consented to trial before the U.S. Magistrate Judge; and (2) provided Claim Construction and Jury Selection/Trial dates. No exhibits. (Court Reporter − Shawn McRoberts) (Text entry only; no document attached) (aeb) (Entered: 10/03/2025) |
| 10/08/2025 | 27 | DOCKET CONTROL ORDER: Pretrial Conference set for 3/15/2027 at 09:00 AM before Magistrate Judge Roy S. Payne. Jury Selection set for 4/19/2027 at 09:00AM before District Judge Rodney Gilstrap. Markman/Claim Construction Hearing set for 10/23/2026 at 09:00 AM before Magistrate Judge Roy S. Payne.. Signed by Magistrate Judge Roy S. Payne on 10/08/2025. (KLC) (Entered: 10/08/2025) |
| 10/14/2025 | 28 | UNOPPOSED MOTION FOR ENTRY OF JOINT PROPOSED DISCOVERY ORDER by ElectraLED, Inc.. (Attachments: # 1 Joint Proposed Discovery Order)(Honea, Christopher) (Entered: 10/14/2025) |
| 10/20/2025 | 29 | DISCOVERY ORDER. Signed by Magistrate Judge Roy S. Payne on 10/17/2025. (mdj) (Entered: 10/20/2025) |
| 10/21/2025 | 30 | |

| | | |
|---|---|---|
| | | UNOPPOSED MOTION FOR ENTRY OF JOINT PROPOSED PROTECTIVE ORDER by ElectraLED, Inc.. (Attachments: # 1 Joint Proposed Protective Order)(Honea, Christopher) (Entered: 10/21/2025) |
| 10/28/2025 | 31 | ORDER granting 30 Motion for PROTECTIVE ORDER. Signed by Magistrate Judge Roy S. Payne on 10/27/2025. (mdj) (Entered: 10/28/2025) |
| 10/29/2025 | 32 | **WITHDRAWN**−OPPOSED MOTION to Consolidate Cases *with 2:24−cv−00511 and 2:24−cv−00512* by ElectraLED, Inc.. (Attachments: # 1 Proposed Order)(Garteiser, Randall) Modified on 11/7/2025 (Entered: 10/29/2025) |
| 11/05/2025 | 33 | UNOPPOSED MOTION to Withdraw 32 OPPOSED MOTION to Consolidate Cases *with 2:24−cv−00511 and 2:24−cv−00512* by ElectraLED, Inc.. (Attachments: # 1 Proposed Order)(Garteiser, Randall) (Entered: 11/05/2025) |
| 11/07/2025 | 34 | ORDER granting 33 Motion to Withdraw. Signed by Magistrate Judge Roy S. Payne on 11/06/2025. (mdj) (Entered: 11/07/2025) |
| 11/17/2025 | 35 | JOINT NOTICE *of Non−Opposition and Agreement to Transfer Lead Case* by Astera Distribution Limited, Astera LED Technology GmbH, Astera Manufacturing Limited re 14 SEALED MOTION *to Transfer Pursuant to 28 U.S.C. § 1404(a)* (Attachments: # 1 Proposed Order)(Hassett, Shaun) (Entered: 11/17/2025) |
| 11/21/2025 | 36 | ORDER granting 14 Sealed Motion. Signed by Magistrate Judge Roy S. Payne on 11/18/2025. (mdj) (Entered: 11/21/2025) |